Certificate Number: 05781-NJ-DE-034478025

Bankruptcy Case Number: 20-13929



05781-NJ-DE-034478025

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>May 20, 2020</u>, at <u>3:00</u> o'clock <u>PM PDT</u>, <u>Sandra Hankins</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>May 20, 2020</u>

By:    <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>