Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−13929−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra R. Hankins
   1393 Essex St
   Rahway, NJ 07065−5042

Social Security No.:
   xxx−xx−4202

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/6/2020 and a confirmation hearing on such Plan has been scheduled for 4/23/2020.

The debtor filed a Modified Plan on 5/26/2020 and a confirmation hearing on the Modified Plan is scheduled for 7/9/2020 @8:30am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 27, 2020
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 20-13929-JKS
Sandra R. Hankins                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 2            Date Rcvd: May 27, 2020
                              Form ID: 186            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db              Sandra R. Hankins,    1393 Essex St,    Rahway, NJ 07065-5042
cr             +LOANCARE, LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518798345       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518752504       Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
518752505       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518798346       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518799725      +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518835126      +LOANCARE, LLC,    LOANCARE, LLC,    3637 SENTARA WAY,    VIRGINIA BEACH VA 23452-4262
518830740      +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518835494       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
518752516       Nissan Motor Acceptanc,    PO Box 660360,    Dallas, TX 75266-0360
518817902      +Nissan Motor Acceptance Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518752517     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: Nj Division Of Taxation,     Pob 245 Bankruptcy Section,
                 Trenton, NJ  08695)
518813931      +U.S. Bank National Association, Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518752519      +specialized loan servicing,    8742 Lucent Blvd,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 27 2020 23:41:36      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 27 2020 23:41:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518752506       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 27 2020 23:38:12
                 Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT 84130-0281
518752508       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 27 2020 23:41:27      Comenity Bank/Lnbryant,
                 PO Box 182789,    Columbus, OH 43218-2789
518752509       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 27 2020 23:41:27      Comenitybank/catherine,
                 PO Box 182789,    Columbus, OH 43218-2789
518752510       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 27 2020 23:41:27      Comenitycb/hsn,
                 PO Box 182120,    Columbus, OH 43218-2120
518752511       E-mail/PDF: creditonebknotifications@resurgent.com May 27 2020 23:37:49      Credit One Bank NA,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518761042       E-mail/Text: mrdiscen@discover.com May 27 2020 23:41:02      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518752512       E-mail/Text: mrdiscen@discover.com May 27 2020 23:41:02      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
518752514       E-mail/Text: JCAP_BNC_Notices@jcap.com May 27 2020 23:41:43      Jefferson Capital Syst,
                 16 McLeland Rd,    Saint Cloud, MN 56303-2198
518821301       E-mail/Text: JCAP_BNC_Notices@jcap.com May 27 2020 23:41:43      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518752507       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 27 2020 23:38:10      Chase Card,
                 PO Box 15298,    Wilmington, DE 19850-5298
518752515      +E-mail/Text: bncnotices@becket-lee.com May 27 2020 23:41:08      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518830901       E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 23:38:18      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518758631      +E-mail/PDF: cbp@onemainfinancial.com May 27 2020 23:38:04      OneMain Financial,
                 P.O. Box 3251,    Evansville, IN 47731-3251
518752518       E-mail/PDF: cbp@onemainfinancial.com May 27 2020 23:38:34      Onemain,   PO Box 1010,
                 Evansville, IN 47706-1010
518816848       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                 Portfolio Recovery Associates, LLC,    c/o Barclays Bank Delaware,    POB 41067,
                 Norfolk VA 23541
518819735       E-mail/Text: bnc-quantum@quantum3group.com May 27 2020 23:41:31
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,   Kirkland, WA 98083-0788
518752520       E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 23:38:39      Syncb/amazon,   PO Box 965015,
                 Orlando, FL 32896-5015
518752521       E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 23:37:42      Syncb/qvc,   PO Box 965005,
                 Orlando, FL 32896-5005
518752769      +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 23:37:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518835673      +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 23:38:07      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 22
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 27, 2020
                              Form ID: 186             Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518752513     ##Ditech Financial LLC,    PO Box 6172,    Rapid City, SD  57709-6172
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Edward Nathan Vaisman     on behalf of Debtor Sandra R. Hankins vaismanlaw@gmail.com,
           G20495@notify.cincompass.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Sherri Jennifer Smith    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```