Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−13929−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sandra R. Hankins
  1393 Essex St
  Rahway, NJ 07065−5042

Social Security No.:
  xxx−xx−4202

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule E/F on 5/22/2020 or to the List of Creditors on , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1. A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

   2. In a Chapter 11 case:

      a) a copy of the last modified plan and disclosure statement, if any, and

      b) a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3. In a Chapter 12 or Chapter 13 case:

      a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b) a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1. until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
   whichever is later;

   2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.  until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: May 27, 2020
JAN: mff

                                                <u>John K. Sherwood</u>
                                                United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Sandra R. Hankins  
    Debtor

Case No. 20-13929-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 27, 2020  
                 Form ID: oresadoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2020.  
db         Sandra R. Hankins,    1393 Essex St,    Rahway, NJ   07065-5042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 27 2020 23:41:35     United States Trustee,     Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2020 at the address(es) listed below:  
       Andrew L. Spivack    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Edward Nathan Vaisman    on behalf of Debtor Sandra R. Hankins vaismanlaw@gmail.com, G20495@notify.cincompass.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Sherri Jennifer Smith    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                       TOTAL: 6