| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    SANDRA R. HANKINS | Case No.:  20-13929<br><br>Hearing Date:  05/28/2020<br><br>Judge:  JOHN K. SHERWOOD |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: May 29, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): SANDRA R. HANKINS

Case No.: 20-13929JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/28/2020 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/28/2020 of the plan filed on 03/06/2020, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/11/2020 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:  
Sandra R. Hankins  
    Debtor

Case No. 20-13929-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 29, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2020.  
db         Sandra R. Hankins,    1393 Essex St,    Rahway, NJ    07065-5042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Edward Nathan Vaisman    on behalf of Debtor Sandra R. Hankins vaismanlaw@gmail.com,  
         G20495@notify.cincompass.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Sherri Jennifer Smith    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com,  
         nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 6