UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

837371
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Secured Creditor: LOANCARE, LLC**

| **In Re:** | Case No: 20-13929 - JKS |
| --- | --- |
| Sandra R. Hankins | Hearing Date: 07/09/2020 |
| | Judge:  John K. Sherwood |

## CERTIFICATE OF CONSENT
### REGARDING CONSENT ORDER RESOLVING
### OBJECTION TO CONFIRMATION

    **I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

    The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

    (a)  The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

    (b)  I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

    (c)  I will make the original consent order available for inspection upon request of the Court or any party in interest; and

    (d)  I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P.9011

                    /s/ Melanie Grimes
                    Melanie Grimes, Esq.
                    Phelan Hallinan Diamond & Jones, PC
                    1617 JFK Boulevard, Suite 1400
                    Philadelphia, PA 19103
                    Tel: 856-813-5500 Ext. 46245
                    Fax: 856-813-5501
                    Email: Melanie.Grimes@phelanhallinan.com