| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>837371<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: LOANCARE, LLC | Order Filed on July 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Sandra R. Hankins | Case No: 20-13929 - JKS<br><br>Hearing Date: 07/09/2020<br><br>Judge:  John K. Sherwood |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 15, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**NJID 837371**
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for LOANCARE, LLC</u>

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:

    SANDRA R. HANKINS      CASE NO. 20-13929 - JKS

         CHAPTER 13

  Debtor

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 07/09/2020

    This Consent Order pertains to the property located at 916 Mears Street, Wilmington, NC 28401-5831, mortgage account ending with "9799";

    **THIS MATTER** having been brought before the Court by Edward Nathan Vaisman, Esquire attorney for Debtor, Sandra R. Hankins, upon the filing of a Chapter 13 Plan, LOANCARE, LLC ("Secured Creditor") by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS ORDERED as follows:**

    1.    The Debtor's Plan is hereby amended to allow **$1,150.20** to be paid to Secured Creditor. Said amount reflects that found on Secured Creditor's **Proof of Claim #18**.

    2.    If required by the Chapter 13 Trustee, Debtor agrees to amend her Chapter 13 Plan post-confirmation to provide for the arrears listed in Secured Creditor's allowed secured Proof of Claim.

    3.    Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4.     This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**LOANCARE, LLC**

/s/ Melanie Grimes
Melanie Grimes, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 46245
Fax: 856-813-5501
Email: Melanie.Grimes@phelanhallinan.com

          Dated:  05/22/2020

/s/ Edward Nathan Vaisman   Dated:  07/08/2020
Edward Nathan Vaisman, Esquire
Attorney for Debtor