| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>837371<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: LOANCARE, LLC | Order Filed on July 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Sandra R. Hankins | Case No: 20-13929 - JKS<br><br>Hearing Date: 07/09/2020<br><br>Judge: John K. Sherwood |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 15, 2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**NJID 837371**
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for LOANCARE, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE:

    SANDRA R. HANKINS            CASE NO. 20-13929 - JKS

                                               CHAPTER 13

    Debtor

                                               CONSENT ORDER RESOLVING
                                               OBJECTION TO CONFIRMATION

                                               HEARING DATE: 07/09/2020

       This Consent Order pertains to the property located at 916 Mears Street, Wilmington, NC 28401-5831, mortgage account ending with "9799";

       **THIS MATTER** having been brought before the Court by Edward Nathan Vaisman, Esquire attorney for Debtor, Sandra R. Hankins, upon the filing of a Chapter 13 Plan, LOANCARE, LLC ("Secured Creditor") by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

       **IT IS ORDERED** as follows:

       1.      The Debtor's Plan is hereby amended to allow **$1,150.20** to be paid to Secured Creditor. Said amount reflects that found on Secured Creditor's **Proof of Claim #18**.

       2.      If required by the Chapter 13 Trustee, Debtor agrees to amend her Chapter 13 Plan post-confirmation to provide for the arrears listed in Secured Creditor's allowed secured Proof of Claim.

       3.      Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**LOANCARE, LLC**

/s/ Melanie Grimes
Melanie Grimes, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 46245
Fax: 856-813-5501
Email: Melanie.Grimes@phelanhallinan.com

                                             Dated: 05/22/2020

/s/ Edward Nathan Vaisman          Dated: 07/08/2020
Edward Nathan Vaisman, Esquire
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Sandra R. Hankins  
      Debtor

Case No. 20-13929-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 15, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.  
db        Sandra R. Hankins,    1393 Essex St,    Rahway, NJ   07065-5042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:  
     Andrew L. Spivack    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com  
     Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Edward Nathan Vaisman    on behalf of Debtor Sandra R. Hankins vaismanlaw@gmail.com, G20495@notify.cincompass.com  
     Marie-Ann Greenberg    magecf@magtrustee.com  
     Melanie Carmela Grimes    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com  
     Robert Davidow    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com  
     Sherri Jennifer Smith    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 8