Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20–13929–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra R. Hankins
   1393 Essex St
   Rahway, NJ 07065–5042

Social Security No.:
   xxx–xx–4202

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/11/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 11, 2020
JAN: zlh

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-13929-JKS
Sandra R. Hankins                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 11, 2020
                             Form ID: 148          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db             Sandra R. Hankins,   1393 Essex St,   Rahway, NJ  07065-5042
cr            +LOANCARE, LLC,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
518799725     +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
518835126     +LOANCARE, LLC,   LOANCARE, LLC,   3637 SENTARA WAY,   VIRGINIA BEACH VA 23452-4262
518830740     +Midland Credit Management, Inc.,   PO Box 2037,   Warren, MI 48090-2037
518835494      NewRez LLC d/b/a Shellpoint Mortgage Servicing,   PO Box 10826,   Greenville, SC 29603-0826
518752516      Nissan Motor Acceptanc,   PO Box 660360,   Dallas, TX  75266-0360
518817902     +Nissan Motor Acceptance Corporation,   PO Box 9013,   Addison, Texas 75001-9013
518752517     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  Nj Division Of Taxation,   Pob 245 Bankruptcy Section,
               Trenton, NJ  08695)
518813931     +U.S. Bank National Association, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518752519     +specialized loan servicing,   8742 Lucent Blvd,   Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2020 00:17:11    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2020 00:17:09     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518798345      EDI: BECKLEE.COM Aug 12 2020 03:38:00     American Express National Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
518752504      EDI: AMEREXPR.COM Aug 12 2020 03:38:00     Amex,   PO Box 297871,
               Fort Lauderdale, FL  33329-7871
518752505      EDI: TSYS2.COM Aug 12 2020 03:38:00     Barclays Bank Delaware,   PO Box 8803,
               Wilmington, DE  19899-8803
518752506      EDI: CAPITALONE.COM Aug 12 2020 03:38:00     Capital One Bank USA N,   PO Box 30281,
               Salt Lake City, UT  84130-0281
518798346      EDI: BL-BECKET.COM Aug 12 2020 03:38:00     Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
518752508      EDI: WFNNB.COM Aug 12 2020 03:38:00     Comenity Bank/Lnbryant,   PO Box 182789,
               Columbus, OH  43218-2789
518752509      EDI: WFNNB.COM Aug 12 2020 03:38:00     Comenitybank/catherine,   PO Box 182789,
               Columbus, OH  43218-2789
518752510      EDI: WFNNB.COM Aug 12 2020 03:38:00     Comenitycb/hsn,   PO Box 182120,
               Columbus, OH  43218-2120
518752511      E-mail/PDF: creditonebknotifications@resurgent.com Aug 12 2020 00:13:10     Credit One Bank NA,
               PO Box 98872,   Las Vegas, NV  89193-8872
518761042      EDI: DISCOVER.COM Aug 12 2020 03:38:00     Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
518752512      EDI: DISCOVER.COM Aug 12 2020 03:38:00     Discover Fin Svcs LLC,   PO Box 15316,
               Wilmington, DE  19850-5316
518844311      EDI: IRS.COM Aug 12 2020 03:38:00     Internal Revenue Service,   POB 7346,
               Philadelphia, PA 19101-7346
518752514      EDI: JEFFERSONCAP.COM Aug 12 2020 03:38:00     Jefferson Capital Syst,   16 McLeland Rd,
               Saint Cloud,  MN  56303-2198
518821301      EDI: JEFFERSONCAP.COM Aug 12 2020 03:38:00     Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
518752507      EDI: JPMORGANCHASE Aug 12 2020 03:38:00     Chase Card,   PO Box 15298,
               Wilmington, DE  19850-5298
518752515     +E-mail/Text: PBNCNotifications@peritusservices.com Aug 12 2020 00:16:27     Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
518830901      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2020 00:13:34     LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518758631     +EDI: AGFINANCE.COM Aug 12 2020 03:38:00     OneMain Financial,   P.O. Box 3251,
               Evansville, IN 47731-3251
518752518      EDI: AGFINANCE.COM Aug 12 2020 03:38:00     Onemain,   PO Box 1010,
               Evansville, IN  47706-1010
518816848      EDI: PRA.COM Aug 12 2020 03:38:00     Portfolio Recovery Associates, LLC,
               c/o Barclays Bank Delaware,   POB 41067,   Norfolk VA 23541
518819735      EDI: Q3G.COM Aug 12 2020 03:38:00     Quantum3 Group LLC as agent for,   MOMA Trust LLC,
               PO Box 788,   Kirkland, WA  98083-0788
518752520      EDI: RMSC.COM Aug 12 2020 03:38:00     Syncb/amazon,   PO Box 965015,   Orlando, FL  32896-5015
518752521      EDI: RMSC.COM Aug 12 2020 03:38:00     Syncb/qvc,   PO Box 965005,   Orlando, FL  32896-5005
518752769     +EDI: RMSC.COM Aug 12 2020 03:38:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
518835673     +EDI: RMSC.COM Aug 12 2020 03:38:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 27

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 11, 2020
                             Form ID: 148              Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518844310        Verizon Wireless
cr*              +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518752513        ##Ditech Financial LLC,    PO Box 6172,    Rapid City, SD  57709-6172
                                                                    TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
         Andrew L. Spivack   on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Edward Nathan Vaisman   on behalf of Debtor Sandra R. Hankins vaismanlaw@gmail.com,
          G20495@notify.cincompass.com
         Marie-Ann Greenberg   magecf@magtrustee.com
         Melanie Carmela Grimes   on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
         Robert Davidow   on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
         Sherri Jennifer Smith   on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com,
          nj.bkecf@fedphe.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 8
```