Order Filed on September 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Edward N. Vaisman, Esq. (EV3885)

VAISMAN LAW OFFICES
33 Wood Avenue South, Ste 600
Iselin, New Jersey
(732) 925-6090
Vaismanlaw@gmail.com
Attorney for the Debtor

| In Re: | Case No.: 20-13929 |
|---|---|
| Sandra R. Hankins | Judge: Sherwood |
| | Chapter 13 |

## ORDER REINSTATING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: September 28, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter having come before the Court by the debtor Sandra R. Hankins; the Court having considered any objections filed; and for good cause shown; it is

ORDERED:  The instant chapter 13 case be reinstated.