Order Filed on September 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Edward N. Vaisman, Esq. (EV3885)

VAISMAN LAW OFFICES
33 Wood Avenue South, Ste 600
Iselin, New Jersey
(732) 925-6090
Vaismanlaw@gmail.com
Attorney for the Debtor

| | |
|---|---|
| In Re: | Case No.: 20-13929 |
| Sandra R. Hankins | Judge: Sherwood |
| | Chapter 13 |

## ORDER REINSTATING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: September 28, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having come before the Court by the debtor Sandra R. Hankins; the Court having considered any objections filed; and for good cause shown; it is

ORDERED:  The instant chapter 13 case be reinstated.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13929-JKS |
| Sandra R. Hankins | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 29, 2020 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sandra R. Hankins, 1393 Essex St, Rahway, NJ 07065-5042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor LOANCARE LLC nj.bkecf@fedphe.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward Nathan Vaisman | on behalf of Debtor Sandra R. Hankins vaismanlaw@gmail.com G20495@notify.cincompass.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melanie Carmela Grimes | on behalf of Creditor LOANCARE LLC nj.bkecf@fedphe.com |
| Robert Davidow | on behalf of Creditor LOANCARE LLC nj.bkecf@fedphe.com |
| Sherri Jennifer Smith | on behalf of Creditor LOANCARE LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com |
| U.S. Trustee | |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Sep 29, 2020 Form ID: pdf903 Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8