**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

January 06, 2021

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

**Re: Standing Trustee's Notice of Distribution**
   **Case No: 20-13929**

On July 10, 2020 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 6, 2021

**Chapter 13 Case # 20-13929**

Atty:    EDWARD NATHAN VAISMAN

Re:    SANDRA R. HANKINS
1393 ESSEX ST
RAHWAY, NJ 07065-5042

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $49,980.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 04/02/2020 | $735.00 | 6684655000 | 05/01/2020 | $735.00 | 6753976000 |
| 06/01/2020 | $735.00 | 6832879000 | 07/01/2020 | $735.00 | 6906787000 |
| 08/03/2020 | $840.00 | 6977139000 | 10/01/2020 | $842.00 | 2013929-1475611114 |
| 10/09/2020 | $842.00 | 1475611297 | 10/23/2020 | $840.00 | 7177049000 |
| 12/02/2020 | $840.00 | 7271079000 | 01/04/2021 | $840.00 | 7346409000 |

**Total Receipts: $7,984.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $7,984.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 635.52 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 5,306.12 | * | 0.00 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,596.55 | * | 0.00 | |
| 0003 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 3,405.53 | * | 0.00 | |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 17,146.51 | * | 0.00 | |
| 0005 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,562.96 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 244.57 | * | 0.00 | |
| 0007 | SYNCHRONY BANK | UNSECURED | 972.01 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 881.66 | * | 0.00 | |
| 0009 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 1,674.65 | * | 0.00 | |
| 0010 | NEWREZ LLC | MORTGAGE ARRE | 8,376.40 | 100.00% | 3,591.01 | |
| 0012 | CAPITAL ONE, N.A. | UNSECURED | 392.69 | * | 0.00 | |
| 0013 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,193.58 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,543.49 | * | 0.00 | |
| 0017 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 680.77 | * | 0.00 | |
| 0020 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 789.58 | 100.00% | 338.50 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0022 | LOANCARE, LLC | MORTGAGE ARRI | 1,150.20 | 100.00% | 493.10 | |
| 0023 | JPMORGAN CHASE BANK NA | UNSECURED | 5,837.97 | * | 0.00 | |
| 0024 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 547.63 | * | 0.00 | |
| 0025 | JPMORGAN CHASE BANK NA | UNSECURED | 743.66 | * | 0.00 | |
| 0026 | UNITED STATES TREASURY/IRS | PRIORITY | 31,349.22 | 100.00% | 0.00 | |
| 0031 | UNITED STATES TREASURY/IRS | SECURED | 3,200.00 | 100.00% | 1,371.87 | |
| 0032 | UNITED STATES TREASURY/IRS | UNSECURED | 150,015.81 | * | 0.00 | |
| 0033 | STATE OF NJ | UNSECURED | 2,791.17 | * | 0.00 | |

**Total Paid: $6,430.00**

See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LOANCARE, LLC | | | | | | | |
| | 07/20/2020 | $170.44 | 852595 | | 10/19/2020 | $190.26 | 858152 |
| | 11/16/2020 | $66.28 | 859939 | | 12/21/2020 | $66.12 | 861774 |
| NEWREZ LLC | | | | | | | |
| | 07/20/2020 | $1,241.25 | 852054 | | 10/19/2020 | $1,385.55 | 857609 |
| | 11/16/2020 | $482.68 | 859401 | | 12/21/2020 | $481.53 | 861194 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 07/20/2020 | $117.00 | 852938 | | 10/19/2020 | $130.61 | 858476 |
| | 11/16/2020 | $45.50 | 859534 | | 12/21/2020 | $45.39 | 861346 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 07/20/2020 | $474.19 | 8001710 | | 10/19/2020 | $529.32 | 8001890 |
| | 11/16/2020 | $184.40 | 8001946 | | 12/21/2020 | $183.96 | 8002005 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 06, 2021.

Receipts: $7,984.00        -    Paid to Claims: $5,794.48    -    Admin Costs Paid: $635.52    =    Funds on Hand: $1,554.00

Base Plan Amount: $49,980.00    -    Receipts: $7,984.00    =    Total Unpaid Balance: **$41,996.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.