EDWARD NATHAN VAISMAN
VAISMAN LAW OFFICE
33 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NJ  08830

Re:  SANDRA R. HANKINS         Atty:   EDWARD NATHAN VAISMAN
     1393 ESSEX ST                     VAISMAN LAW OFFICE
     RAHWAY,  NJ 07065-5042            33 WOOD AVENUE SOUTH
                                       SUITE 600
                                       ISELIN, NJ  08830

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 20-13929

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $49,980.00**

## RECEIPTS AS OF 01/15/2021         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/02/2020 | $735.00 | 6684655000 | 05/01/2020 | $735.00 | 6753976000 |
| 06/01/2020 | $735.00 | 6832879000 | 07/01/2020 | $735.00 | 6906787000 |
| 08/03/2020 | $840.00 | 6977139000 | 10/01/2020 | $842.00 | 2013929-1475611114 |
| 10/09/2020 | $842.00 | 1475611297 | 10/23/2020 | $840.00 | 7177049000 |
| 12/02/2020 | $840.00 | 7271079000 | 01/04/2021 | $840.00 | 7346409000 |

**Total Receipts: $7,984.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $7,984.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021         (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LOANCARE, LLC | | | | | | |
| | 07/20/2020 | $170.44 | 852,595 | 10/19/2020 | $190.26 | 858,152 |
| | 11/16/2020 | $66.28 | 859,939 | 12/21/2020 | $66.12 | 861,774 |
| | 01/11/2021 | $66.12 | 863,532 | | | |
| NEWREZ LLC | | | | | | |
| | 07/20/2020 | $1,241.25 | 852,054 | 10/19/2020 | $1,385.55 | 857,609 |
| | 11/16/2020 | $482.68 | 859,401 | 12/21/2020 | $481.53 | 861,194 |
| | 01/11/2021 | $481.53 | 863,031 | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 07/20/2020 | $117.00 | 852,938 | 10/19/2020 | $130.61 | 858,476 |
| | 11/16/2020 | $45.50 | 859,534 | 12/21/2020 | $45.39 | 861,346 |
| | 01/11/2021 | $45.39 | 863,150 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 07/20/2020 | $474.19 | 8,001,710 | 10/19/2020 | $529.32 | 8,001,890 |
| | 11/16/2020 | $184.40 | 8,001,946 | 12/21/2020 | $183.96 | 8,002,005 |
| | 01/11/2021 | $183.96 | 8,002,061 | | | |

## CLAIMS AND DISTRIBUTIONS

Chapter 13 Case # 20-13929

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 635.52 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 5,306.12 | * | 0.00 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,596.55 | * | 0.00 | |
| 0003 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 3,405.53 | * | 0.00 | |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 17,146.51 | * | 0.00 | |
| 0005 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,562.96 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 244.57 | * | 0.00 | |
| 0007 | SYNCHRONY BANK | UNSECURED | 972.01 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 881.66 | * | 0.00 | |
| 0009 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 1,674.65 | * | 0.00 | |
| 0010 | NEWREZ LLC | MORTGAGE ARRE | 8,376.40 | 100.00% | 4,072.54 | |
| 0012 | CAPITAL ONE, N.A. | UNSECURED | 392.69 | * | 0.00 | |
| 0013 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,193.58 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,543.49 | * | 0.00 | |
| 0017 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 680.77 | * | 0.00 | |
| 0020 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 789.58 | 100.00% | 383.89 | |
| 0022 | LOANCARE, LLC | MORTGAGE ARRE | 1,150.20 | 100.00% | 559.22 | |
| 0023 | JPMORGAN CHASE BANK NA | UNSECURED | 5,837.97 | * | 0.00 | |
| 0024 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 547.63 | * | 0.00 | |
| 0025 | JPMORGAN CHASE BANK NA | UNSECURED | 743.66 | * | 0.00 | |
| 0026 | UNITED STATES TREASURY/IRS | PRIORITY | 31,349.22 | 100.00% | 0.00 | |
| 0031 | UNITED STATES TREASURY/IRS | SECURED | 3,200.00 | 100.00% | 1,555.83 | |
| 0032 | UNITED STATES TREASURY/IRS | UNSECURED | 150,015.81 | * | 0.00 | |
| 0033 | STATE OF NJ | UNSECURED | 2,791.17 | * | 0.00 | |

Total Paid: $7,207.00
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $7,984.00    -    Paid to Claims: $6,571.48    -    Admin Costs Paid: $635.52    =    Funds on Hand: $777.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.