| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br><br><br>Kimberly A. Wilson, Esquire (031441997) | Order Filed on December 1, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Sandra R. Hankins,**<br><br>     **Debtor,** | Case No.: 20-13929-JKS<br><br>Chapter: 13<br><br>Hearing Date: November 10, 2022<br><br>Judge: John K. Sherwood |

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: December 1, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

THIS MATTER having come before the Court on the Motion for Relief from the Automatic Stay of LOANCARE, LLC ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 916 Mears St, Wilmington, NC 28401-5831 (the "Subject Property"), and Edward Nathan Vaisman representing Sandra R. Hankins ("Debtor"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - The Debtor has brought the account current subsequent to the Motion for Relief from Stay being filed on September 26, 2022.

2. Debtor must maintain all post-petition payments, as follows:
   - Beginning on November 1, 2022, regular monthly mortgage payments shall be timely remitted to Creditor pursuant to periodic adjustments and any Notice of Payment Change(s) filed on the docket.

3. Payments to the Secured Creditor shall be made to the following address(es):

   - Regular monthly payment: LoanCare, LLC
     P.O. Box 8068
     Virginia Beach, VA 23450

4. Secured Creditor shall retain its first mortgage lien on the Property and none of its rights are being modified.

5.       In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This Order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

6.       Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $188.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

7.       In the event Secured creditor has not filed a timely Proof of Claim, Debtor consents to the filing and payment by the Chapter 13 Trustee of any late filed Proof of Claim, subject to the right of the Debtor to file an objection as to the amount.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13929-JKS |
| Sandra R. Hankins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 01, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sandra R. Hankins, 1393 Essex St, Rahway, NJ 07065-5042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward Nathan Vaisman | on behalf of Debtor Sandra R. Hankins vaismanlaw@gmail.com G20495@notify.cincompass.com |
| Harold N. Kaplan | on behalf of Creditor LOANCARE  LLC hkaplan@rasnj.com, kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor LOANCARE  LLC k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melanie Carmela Grimes | on behalf of Creditor LOANCARE  LLC nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor LOANCARE  LLC smncina@raslg.com |
| U.S. Trustee | |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Dec 01, 2022 Form ID: pdf903 Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8