EDWARD NATHAN VAISMAN
VAISMAN LAW OFFICE
33 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NJ  08830

Re:  SANDRA R. HANKINS  
     1393 ESSEX ST  
     RAHWAY,  NJ  07065-5042

Atty:  EDWARD NATHAN VAISMAN  
     VAISMAN LAW OFFICE  
     33 WOOD AVENUE SOUTH  
     SUITE 600  
     ISELIN, NJ  08830

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
### Chapter 13 Case # 20-13929

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $49,980.00**

### RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/02/2020 | $735.00 | 6684655000 | 05/01/2020 | $735.00 | 6753976000 |
| 06/01/2020 | $735.00 | 6832879000 | 07/01/2020 | $735.00 | 6906787000 |
| 08/03/2020 | $840.00 | 6977139000 | 10/01/2020 | $842.00 | 2013929-1475611114 |
| 10/09/2020 | $842.00 | 1475611297 | 10/23/2020 | $840.00 | 7177049000 |
| 12/02/2020 | $840.00 | 7271079000 | 01/04/2021 | $840.00 | 7346409000 |
| 02/01/2021 | $840.00 | 7421593000 | 02/17/2021 | $840.00 | 7459297000 |
| 04/01/2021 | $840.00 | 7566283000 | 05/03/2021 | $840.00 | 7638027000 |
| 06/02/2021 | $840.00 | 7712783000 | 07/02/2021 | $840.00 | 7783065000 |
| 08/02/2021 | $840.00 | 7848655000 | 09/02/2021 | $840.00 | 7921602000 |
| 10/04/2021 | $840.00 | 7988691000 | 11/02/2021 | $840.00 | 8057055000 |
| 12/02/2021 | $840.00 | 8121392000 | 01/04/2022 | $840.00 | 8187404000 |
| 02/02/2022 | $840.00 | 8251848000 | 02/28/2022 | $840.00 | 8304309000 |
| 03/31/2022 | $840.00 | 8371715000 | 05/03/2022 | $840.00 | 8443263000 |
| 06/02/2022 | $840.00 | 8504497000 | 07/01/2022 | $840.00 | 8561691000 |
| 08/01/2022 | $840.00 | 8623186000 | 09/02/2022 | $840.00 | 8685805000 |
| 10/03/2022 | $840.00 | 8739870000 | 11/02/2022 | $840.00 | 8802744000 |
| 12/05/2022 | $840.00 | 8861894000 | 01/03/2023 | $840.00 | 8915571000 |

**Total Receipts: $28,144.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $28,144.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LOANCARE, LLC | | | | | | |
| | 07/20/2020 | $170.44 | 852,595 | 10/19/2020 | $190.26 | 858,152 |
| | 11/16/2020 | $66.28 | 859,939 | 12/21/2020 | $66.12 | 861,774 |
| | 01/11/2021 | $66.12 | 863,532 | 02/22/2021 | $66.12 | 865,275 |
| | 03/15/2021 | $66.12 | 867,072 | 04/19/2021 | $66.12 | 868,803 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 05/17/2021 | $66.12 | 870,692 | | 06/21/2021 | $67.19 | 872,496 |
| | 07/19/2021 | $67.20 | 874,273 | | 08/16/2021 | $67.19 | 875,966 |
| | 09/20/2021 | $67.20 | 877,717 | | 10/18/2021 | $57.72 | 879,463 |
| | 12/12/2022 | $538.00 | 902,626 | | | | |
| NEWREZ LLC | | | | | | | |
| | 07/20/2020 | $1,241.25 | 852,054 | | 10/19/2020 | $1,385.55 | 857,609 |
| | 11/16/2020 | $482.68 | 859,401 | | 12/21/2020 | $481.53 | 861,194 |
| | 01/11/2021 | $481.53 | 863,031 | | 02/22/2021 | $481.53 | 864,635 |
| | 03/15/2021 | $481.53 | 866,541 | | 04/19/2021 | $481.53 | 868,153 |
| | 05/17/2021 | $481.53 | 870,088 | | 06/21/2021 | $489.35 | 871,861 |
| | 07/19/2021 | $489.34 | 873,687 | | 08/16/2021 | $489.34 | 875,375 |
| | 09/20/2021 | $489.35 | 877,091 | | 10/18/2021 | $420.36 | 878,873 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 07/20/2020 | $117.00 | 852,938 | | 10/19/2020 | $130.61 | 858,476 |
| | 11/16/2020 | $45.50 | 859,534 | | 12/21/2020 | $45.39 | 861,346 |
| | 01/11/2021 | $45.39 | 863,150 | | 02/22/2021 | $45.39 | 864,798 |
| | 03/15/2021 | $45.39 | 866,673 | | 04/19/2021 | $45.39 | 868,321 |
| | 05/17/2021 | $45.39 | 870,234 | | 06/21/2021 | $46.13 | 872,021 |
| | 07/19/2021 | $46.13 | 873,829 | | 08/16/2021 | $46.12 | 875,515 |
| | 09/20/2021 | $46.13 | 877,238 | | 10/18/2021 | $39.62 | 879,022 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 07/20/2020 | $474.19 | 8,001,710 | | 10/19/2020 | $529.32 | 8,001,890 |
| | 11/16/2020 | $184.40 | 8,001,946 | | 12/21/2020 | $183.96 | 8,002,005 |
| | 01/11/2021 | $183.96 | 8,002,061 | | 02/22/2021 | $183.96 | 8,002,118 |
| | 03/15/2021 | $183.96 | 8,002,170 | | 04/19/2021 | $183.96 | 8,002,224 |
| | 05/17/2021 | $183.95 | 8,002,272 | | 06/21/2021 | $186.94 | 8,002,325 |
| | 07/19/2021 | $186.94 | 8,002,377 | | 08/16/2021 | $186.94 | 8,002,427 |
| | 09/20/2021 | $186.94 | 8,002,474 | | 10/18/2021 | $111.32 | 8,002,522 |
| | 10/18/2021 | $160.58 | 8,002,522 | | 11/17/2021 | $798.00 | 8,002,576 |
| | 12/13/2021 | $798.00 | 8,002,628 | | 01/10/2022 | $798.00 | 8,002,677 |
| | 02/14/2022 | $798.00 | 8,002,731 | | 03/14/2022 | $798.00 | 8,002,783 |
| | 04/18/2022 | $798.00 | 8,002,837 | | 05/16/2022 | $810.60 | 8,002,890 |
| | 06/20/2022 | $810.60 | 8,002,942 | | 07/18/2022 | $810.60 | 8,002,992 |
| | 08/15/2022 | $810.60 | 8,003,040 | | 09/19/2022 | $810.60 | 8,003,095 |
| | 10/17/2022 | $810.60 | 8,003,145 | | 11/14/2022 | $793.80 | 8,003,196 |
| | 12/12/2022 | $255.80 | 8,003,251 | | 01/09/2023 | $793.80 | 8,003,303 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,689.70 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 5,306.12 | * | 0.00 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,596.55 | * | 0.00 | |
| 0003 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 3,405.53 | * | 0.00 | |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 17,146.51 | * | 0.00 | |
| 0005 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,562.96 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 244.57 | * | 0.00 | |
| 0007 | SYNCHRONY BANK | UNSECURED | 972.01 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 881.66 | * | 0.00 | |
| 0009 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 1,674.65 | * | 0.00 | |
| 0010 | NEWREZ LLC | MORTGAGE ARRE | 8,376.40 | 100.00% | 8,376.40 | |
| 0012 | CAPITAL ONE, N.A. | UNSECURED | 392.69 | * | 0.00 | |
| 0013 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,193.58 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,543.49 | * | 0.00 | |

**Chapter 13 Case # 20-13929**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 680.77 | * | 0.00 | |
| 0020 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 789.58 | 100.00% | 789.58 | |
| 0022 | LOANCARE, LLC | MORTGAGE ARRE | 1,150.20 | 100.00% | 1,150.20 | |
| 0023 | JPMORGAN CHASE BANK NA | UNSECURED | 5,837.97 | * | 0.00 | |
| 0024 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 547.63 | * | 0.00 | |
| 0025 | JPMORGAN CHASE BANK NA | UNSECURED | 743.66 | * | 0.00 | |
| 0026 | UNITED STATES TREASURY/IRS | PRIORITY | 31,349.22 | 100.00% | 11,606.32 | |
| 0031 | UNITED STATES TREASURY/IRS | SECURED | 3,200.00 | 100.00% | 3,200.00 | |
| 0032 | UNITED STATES TREASURY/IRS | UNSECURED | 150,015.81 | * | 0.00 | |
| 0033 | STATE OF NJ | UNSECURED | 2,791.17 | * | 0.00 | |
| 0034 | LOANCARE, LLC | (NEW) MTG Agree | 538.00 | 100.00% | 538.00 | |

**Total Paid:  $27,350.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $28,144.00        -    Paid to Claims: $25,660.50        -    Admin Costs Paid: $1,689.70        =    Funds on Hand: $793.80

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.