# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:  §  
§ CASE NO.  
SANDRA R HANKINS § 20-13929-JKS  
§ Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | LOANCARE, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing  
P.O. Box 10826 Greenville  
Greenville, SC 29603-0675

Court Claim # (if known): 18  
Amount of Claim: $ 73589.05  
Date Claim Filed: 05/14/2020

Phone: (800)365-7107  
Last Four Digits of Acct #: 3073

Phone: (800) 643-0202  
Last Four Digits of Acct.#: 9799

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip          Date: 12/4/2023

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE: § CASE NO.
§ 20-13929-JKS
SANDRA R HANKINS § Chapter 13
§

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 12/4/2023 via electronic notice unless otherwise stated:

**Debtor**    *Via U.S. Mail*

SANDRA R HANKINS
1393 Essex St
Rahway, NJ 07065-5042

**Debtors' Attorney**
EDWARD NATHAN VAISMAN
VAISMAN LAW OFFICE
33 Wood Ave S Ste 600
Iselin, NJ 08830-2717

**Chapter 13 Trustee**
MARIE-ANN GREENBERG
30 Two Bridges Rd Ste 330
Fairfield, NJ 07004-1550

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen