**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: § § **CASE NO. 20-13929** § **SANDRA R. HANKINS** § **DEBTOR** § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| FirstKey Master Funding 2021-A Collateral Trust C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | FirstKey Master Funding 2021-A Collateral Trust C/o Specialized Loan Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826**

Phone: **(800) 365-7107**
Last Four Digits of Acct #: **xxxxxx3211**

Court Claim # (if known): 8-1
Amount of Claim: $51,486.64
Date Claim Filed: 4/28/2020

Phone: (800) 315-4757
Last Four Digits of Acct.# xxxxxx**3211**

Name and Address where transferee payments should be sent (if different from above):

**NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826**

Phone: (800) 365-7107
Last Four Digits of Acct #: **xxxxxx3211**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka            Date:           09/18/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before September 30, 2024 via U.S Mail.  All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**          *Via U.S. Mail*
Sandra R. Hankins
1393 Essex St
Rahway, NJ 07065-5042

                          Respectfully Submitted,

                          /s/ Paul W. Cervenka
                          Paul W. Cervenka