Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 12, 2025

**Chapter 13 Case # 20-13694**

| Re: | CARL SAVAGE | Atty: | RODNEY NELSON, ESQ. |
|---|---|---|---|
| | 332 HUDSON AVENUE | | 52 TOWER HILL LN |
| | HOPATCONG, NJ  07843 | | BUTLER, NJ  07405 |

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $16,409.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/30/2020 | $200.00 | 6668801000 | 05/01/2020 | $200.00 | |
| 06/02/2020 | $200.00 | | 06/30/2020 | $200.00 | |
| 07/30/2020 | $200.00 | | 08/31/2020 | $200.00 | |
| 09/30/2020 | $200.00 | | 10/30/2020 | $200.00 | |
| 12/01/2020 | $200.00 | | 12/31/2020 | $200.00 | |
| 02/01/2021 | $200.00 | | 03/02/2021 | $200.00 | |
| 03/30/2021 | $200.00 | | 04/09/2021 | $2,568.00 | |
| 04/30/2021 | $200.00 | | 06/01/2021 | $200.00 | |
| 06/30/2021 | $200.00 | | 07/30/2021 | $200.00 | |
| 08/30/2021 | $200.00 | | 09/30/2021 | $200.00 | |
| 11/01/2021 | $200.00 | | 12/01/2021 | $200.00 | |
| 12/30/2021 | $200.00 | | 01/31/2022 | $200.00 | |
| 03/02/2022 | $200.00 | | 03/30/2022 | $200.00 | |
| 05/02/2022 | $200.00 | | 05/20/2022 | $184.00 | |
| 05/31/2022 | $200.00 | | 06/30/2022 | $200.00 | |
| 08/01/2022 | $200.00 | | 08/30/2022 | $200.00 | |
| 09/30/2022 | $200.00 | | 10/31/2022 | $200.00 | |
| 12/01/2022 | $200.00 | | 01/03/2023 | $200.00 | |
| 01/30/2023 | $200.00 | | 03/02/2023 | $200.00 | |
| 03/15/2023 | $1,657.00 | | 03/30/2023 | $200.00 | |
| 05/01/2023 | $200.00 | | 05/31/2023 | $200.00 | |
| 06/30/2023 | $200.00 | | 07/31/2023 | $200.00 | |
| 08/30/2023 | $200.00 | | 10/02/2023 | $200.00 | |
| 10/30/2023 | $200.00 | | 12/01/2023 | $200.00 | |
| 01/03/2024 | $200.00 | | 01/30/2024 | $200.00 | |
| 03/01/2024 | $200.00 | | 04/01/2024 | $200.00 | |
| 04/30/2024 | $200.00 | | 05/31/2024 | $200.00 | |
| 07/01/2024 | $200.00 | | 07/30/2024 | $200.00 | |
| 08/30/2024 | $200.00 | | 09/30/2024 | $200.00 | |
| 10/30/2024 | $200.00 | | 12/03/2024 | $200.00 | |

**Chapter 13 Case # 20-13694**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/31/2024 | $200.00 | | 01/30/2025 | $200.00 | |
| 03/03/2025 | $200.00 | | | | |

**Total Receipts: $16,409.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $16,409.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,031.58 | |
| ATTY | ATTORNEY | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PHEAA SECONDARY MKT | UNSECURED | 2,431.62 | * | 460.94 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,628.22 | * | 1,635.58 | |
| 0005 | QUANTUM3 GROUP LLC | UNSECURED | 3,900.84 | * | 739.46 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 836.00 | * | 158.47 | |
| 0007 | DISCOVER BANK | UNSECURED | 7,311.29 | * | 1,385.94 | |
| 0011 | KHEAA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 17,916.03 | * | 2,260.89 | |
| 0014 | NEWREZ LLC | MORTGAGE ARRE | 1,412.87 | 100.00% | 1,412.87 | |
| 0015 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0016 | STATE OF NEW JERSEY HESSA | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | SYNCHRONY BANK | UNSECURED | 134.42 | * | 20.96 | |
| 0018 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 4,018.21 | * | 761.70 | |
| 0019 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,262.53 | * | 239.33 | |
| 0020 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,993.00 | * | 756.93 | |
| 0021 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 5,462.58 | * | 1,035.50 | |
| 0022 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0023 | SANTANDER CONSUMER USA INC. | ADMINISTRATIVE | 431.00 | 100.00% | 431.00 | |

**Total Paid: $15,081.15**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 04/19/2021 | $24.35 | 868582 | | 05/17/2021 | $24.20 | 870479 |
| | 06/21/2021 | $24.59 | 872290 | | 07/19/2021 | $24.59 | 874082 |
| | 08/16/2021 | $24.58 | 875765 | | 09/20/2021 | $24.59 | 877508 |
| | 10/18/2021 | $24.61 | 879277 | | 11/17/2021 | $24.85 | 880988 |
| | 12/13/2021 | $24.85 | 882619 | | 01/10/2022 | $24.83 | 884271 |
| | 02/14/2022 | $24.89 | 885969 | | 03/14/2022 | $25.21 | 887671 |
| | 04/18/2022 | $25.27 | 889386 | | 05/16/2022 | $25.25 | 891079 |
| | 06/20/2022 | $48.46 | 892775 | | 07/18/2022 | $25.25 | 894487 |
| | 08/15/2022 | $25.24 | 896062 | | 09/19/2022 | $25.25 | 897670 |
| | 10/17/2022 | $25.24 | 899327 | | 11/14/2022 | $24.72 | 900907 |
| | 12/12/2022 | $24.71 | 902451 | | 01/09/2023 | $24.74 | 903939 |
| | 02/13/2023 | $24.72 | 905477 | | 03/13/2023 | $24.72 | 907088 |
| | 04/17/2023 | $229.55 | 908693 | | 05/15/2023 | $24.46 | 910293 |
| | 06/12/2023 | $24.46 | 911766 | | 07/17/2023 | $24.46 | 913286 |
| | 08/14/2023 | $24.45 | 914804 | | 09/18/2023 | $24.46 | 916299 |
| | 10/16/2023 | $24.08 | 917776 | | 11/13/2023 | $24.05 | 919223 |
| | 12/11/2023 | $24.07 | 920638 | | 01/08/2024 | $24.08 | 922014 |
| | 02/12/2024 | $24.07 | 923373 | | 03/11/2024 | $24.07 | 924827 |
| | 04/15/2024 | $24.05 | 926265 | | 05/10/2024 | $24.07 | 927736 |
| | 06/17/2024 | $24.07 | 929149 | | 07/15/2024 | $24.86 | 930614 |

**Chapter 13 Case # 20-13694**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 08/19/2024 | $24.86 | 932041 | 09/16/2024 | $24.85 | 933491 |
| | 10/21/2024 | $24.85 | 934900 | 11/18/2024 | $24.59 | 936379 |
| | 12/16/2024 | $24.60 | 937757 | 01/13/2025 | $24.57 | 939202 |
| | 02/10/2025 | $24.60 | 940556 | | | |

**Chapter 13 Case # 20-13694**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 04/19/2021 | $13.30 | 8002173 | 04/19/2021 | $18.19 | 8002173 |
| | 05/17/2021 | $18.08 | 8002230 | 05/17/2021 | $13.22 | 8002230 |
| | 05/17/2021 | $8.38 | 8002230 | 06/21/2021 | $13.43 | 8002279 |
| | 06/21/2021 | $18.37 | 8002279 | 07/19/2021 | $18.38 | 8002332 |
| | 07/19/2021 | $13.40 | 8002332 | 07/19/2021 | $8.50 | 8002332 |
| | 08/16/2021 | $13.47 | 8002386 | 08/16/2021 | $18.37 | 8002386 |
| | 09/20/2021 | $18.37 | 8002435 | 09/20/2021 | $13.43 | 8002435 |
| | 09/20/2021 | $8.49 | 8002435 | 10/18/2021 | $13.41 | 8002482 |
| | 10/18/2021 | $18.38 | 8002482 | 11/17/2021 | $18.56 | 8002530 |
| | 11/17/2021 | $13.57 | 8002530 | 11/17/2021 | $8.54 | 8002530 |
| | 12/13/2021 | $13.59 | 8002584 | 12/13/2021 | $18.57 | 8002584 |
| | 01/10/2022 | $18.58 | 8002634 | 01/10/2022 | $13.56 | 8002634 |
| | 01/10/2022 | $8.58 | 8002634 | 02/14/2022 | $13.58 | 8002686 |
| | 02/14/2022 | $18.55 | 8002686 | 03/14/2022 | $18.88 | 8002740 |
| | 03/14/2022 | $13.79 | 8002740 | 03/14/2022 | $8.65 | 8002740 |
| | 04/18/2022 | $13.78 | 8002791 | 04/18/2022 | $18.85 | 8002791 |
| | 05/16/2022 | $18.86 | 8002838 | 05/16/2022 | $13.79 | 8002838 |
| | 05/16/2022 | $8.72 | 8002838 | 06/20/2022 | $8.37 | 8002891 |
| | 06/20/2022 | $26.47 | 8002891 | 06/20/2022 | $36.23 | 8002891 |
| | 07/18/2022 | $18.86 | 8002949 | 07/18/2022 | $13.79 | 8002949 |
| | 08/15/2022 | $13.78 | 8003001 | 08/15/2022 | $18.86 | 8003001 |
| | 08/15/2022 | $8.73 | 8003001 | 09/19/2022 | $18.86 | 8003047 |
| | 09/19/2022 | $13.79 | 8003047 | 10/17/2022 | $13.79 | 8003102 |
| | 10/17/2022 | $18.86 | 8003102 | 10/17/2022 | $8.71 | 8003102 |
| | 11/14/2022 | $18.47 | 8003147 | 11/14/2022 | $13.50 | 8003147 |
| | 12/12/2022 | $13.52 | 8003203 | 12/12/2022 | $18.47 | 8003203 |
| | 12/12/2022 | $8.54 | 8003203 | 01/09/2023 | $18.47 | 8003256 |
| | 01/09/2023 | $13.49 | 8003256 | 02/13/2023 | $13.50 | 8003310 |
| | 02/13/2023 | $18.47 | 8003310 | 02/13/2023 | $8.54 | 8003310 |
| | 03/13/2023 | $18.47 | 8003366 | 03/13/2023 | $13.50 | 8003366 |
| | 04/17/2023 | $125.36 | 8003420 | 04/17/2023 | $171.50 | 8003420 |
| | 04/17/2023 | $43.90 | 8003420 | 05/15/2023 | $18.28 | 8003477 |
| | 05/15/2023 | $13.36 | 8003477 | 06/12/2023 | $13.36 | 8003528 |
| | 06/12/2023 | $18.28 | 8003528 | 06/12/2023 | $8.44 | 8003528 |
| | 07/17/2023 | $18.27 | 8003583 | 07/17/2023 | $13.36 | 8003583 |
| | 08/14/2023 | $13.36 | 8003640 | 08/14/2023 | $18.28 | 8003640 |
| | 08/14/2023 | $8.46 | 8003640 | 09/18/2023 | $18.27 | 8003693 |
| | 09/18/2023 | $13.36 | 8003693 | 10/16/2023 | $13.13 | 8003752 |
| | 10/16/2023 | $17.99 | 8003752 | 10/16/2023 | $8.38 | 8003752 |
| | 11/13/2023 | $17.97 | 8003809 | 11/13/2023 | $13.17 | 8003809 |
| | 12/11/2023 | $13.14 | 8003863 | 12/11/2023 | $17.98 | 8003863 |
| | 12/11/2023 | $8.32 | 8003863 | 01/08/2024 | $17.99 | 8003910 |
| | 01/08/2024 | $13.14 | 8003910 | 02/12/2024 | $13.15 | 8003952 |
| | 02/12/2024 | $17.99 | 8003952 | 02/12/2024 | $8.30 | 8003952 |
| | 03/11/2024 | $17.96 | 8003994 | 03/11/2024 | $13.13 | 8003994 |
| | 04/15/2024 | $13.15 | 8004037 | 04/15/2024 | $18.01 | 8004037 |
| | 04/15/2024 | $8.31 | 8004037 | 05/10/2024 | $17.98 | 8004083 |
| | 05/10/2024 | $13.14 | 8004083 | 06/17/2024 | $13.15 | 8004127 |
| | 06/17/2024 | $17.99 | 8004127 | 06/17/2024 | $8.32 | 8004127 |
| | 07/15/2024 | $18.55 | 8004172 | 07/15/2024 | $13.57 | 8004172 |
| | 08/19/2024 | $13.58 | 8004211 | 08/19/2024 | $18.57 | 8004211 |
| | 08/19/2024 | $8.58 | 8004211 | 09/16/2024 | $18.57 | 8004253 |
| | 09/16/2024 | $13.57 | 8004253 | 10/21/2024 | $13.57 | 8004292 |
| | 10/21/2024 | $18.57 | 8004292 | 10/21/2024 | $8.58 | 8004292 |
| | 11/18/2024 | $18.37 | 8004335 | 11/18/2024 | $13.43 | 8004335 |
| | 12/16/2024 | $13.43 | 8004375 | 12/16/2024 | $18.38 | 8004375 |
| | 12/16/2024 | $8.50 | 8004375 | 01/13/2025 | $18.36 | 8004415 |
| | 01/13/2025 | $13.44 | 8004415 | 02/10/2025 | $13.43 | 8004459 |

**Chapter 13 Case # 20-13694**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 02/10/2025 | $18.38 | 8004459 | | 02/10/2025 | $8.49 | 8004459 |
| LENDINGCLUB CORPORATION | | | | | | | |
| | 04/19/2021 | $59.66 | 868023 | | 05/17/2021 | $59.30 | 869962 |
| | 06/21/2021 | $60.26 | 871722 | | 07/19/2021 | $60.26 | 873577 |
| | 08/16/2021 | $60.24 | 875264 | | 09/20/2021 | $60.26 | 876987 |
| | 10/18/2021 | $60.28 | 878773 | | 11/17/2021 | $60.89 | 880483 |
| | 12/13/2021 | $60.89 | 882129 | | 01/10/2022 | $60.96 | 883775 |
| | 02/14/2022 | $60.83 | 885449 | | 03/14/2022 | $61.93 | 887174 |
| | 04/18/2022 | $61.84 | 888832 | | 05/16/2022 | $61.87 | 890585 |
| | 06/20/2022 | $118.76 | 892250 | | 07/18/2022 | $61.86 | 893999 |
| | 08/15/2022 | $61.85 | 895562 | | 09/19/2022 | $61.87 | 897141 |
| | 10/17/2022 | $61.86 | 898822 | | 11/14/2022 | $60.59 | 900399 |
| | 12/12/2022 | $60.56 | 901966 | | 01/09/2023 | $60.60 | 903461 |
| | 02/13/2023 | $60.58 | 904966 | | 03/13/2023 | $60.58 | 906591 |
| | 04/17/2023 | $562.49 | 908147 | | 05/15/2023 | $59.94 | 909807 |
| | 06/12/2023 | $59.94 | 911263 | | 07/17/2023 | $59.94 | 912788 |
| | 08/14/2023 | $59.94 | 914313 | | 09/11/2023 | ($59.94) | 914313 |
| | 09/11/2023 | $59.94 | 915664 | | 09/18/2023 | $59.94 | 915802 |
| | 10/02/2023 | ($59.94) | 915664 | | 11/06/2023 | ($59.94) | 915802 |
| NEWREZ LLC | | | | | | | |
| | 04/19/2021 | $1,412.87 | 868153 | | | | |
| PHEAA SECONDARY MKT | | | | | | | |
| | 04/19/2021 | $8.10 | 868290 | | 05/17/2021 | $8.05 | 870205 |
| | 06/21/2021 | $8.18 | 871988 | | 07/19/2021 | $8.16 | 873799 |
| | 08/16/2021 | $8.20 | 875484 | | 09/20/2021 | $8.18 | 877207 |
| | 10/18/2021 | $8.16 | 878992 | | 11/17/2021 | $8.28 | 880689 |
| | 12/13/2021 | $8.26 | 882325 | | 01/10/2022 | $8.26 | 883985 |
| | 02/14/2022 | $8.28 | 885664 | | 03/14/2022 | $8.39 | 887384 |
| | 04/18/2022 | $8.39 | 889058 | | 05/16/2022 | $8.40 | 890789 |
| | 06/20/2022 | $16.12 | 892451 | | 07/18/2022 | $8.40 | 894194 |
| | 08/15/2022 | $8.39 | 895755 | | 09/19/2022 | $8.40 | 897346 |
| | 10/17/2022 | $8.40 | 899011 | | 11/14/2022 | $8.21 | 900583 |
| | 12/12/2022 | $8.24 | 902150 | | 01/09/2023 | $8.21 | 903639 |
| | 02/13/2023 | $8.22 | 905142 | | 03/13/2023 | $8.23 | 906761 |
| | 04/17/2023 | $76.34 | 908329 | | 05/15/2023 | $8.14 | 909962 |
| | 06/12/2023 | $8.14 | 911424 | | 07/17/2023 | $8.13 | 912937 |
| | 08/14/2023 | $8.12 | 914450 | | 09/18/2023 | $8.13 | 915943 |
| | 10/16/2023 | $8.02 | 917447 | | 11/13/2023 | $8.00 | 918872 |
| | 12/11/2023 | $8.00 | 920296 | | 01/08/2024 | $8.01 | 921689 |
| | 02/12/2024 | $8.01 | 923024 | | 03/11/2024 | $8.00 | 924482 |
| | 04/15/2024 | $8.01 | 925897 | | 05/10/2024 | $8.00 | 927396 |
| | 06/17/2024 | $8.01 | 928769 | | 07/15/2024 | $8.27 | 930261 |
| | 08/19/2024 | $8.27 | 931650 | | 09/16/2024 | $8.24 | 933133 |
| | 10/21/2024 | $8.28 | 934491 | | 11/18/2024 | $8.18 | 935981 |
| | 12/16/2024 | $8.18 | 937358 | | 01/13/2025 | $8.17 | 938782 |
| | 02/10/2025 | $8.18 | 940169 | | | | |

**Chapter 13 Case # 20-13694**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 04/19/2021 | $28.73 | 8002171 | | 05/17/2021 | $28.56 | 8002234 |
| | 06/21/2021 | $29.02 | 8002277 | | 07/19/2021 | $29.03 | 8002330 |
| | 08/16/2021 | $29.01 | 8002383 | | 09/20/2021 | $29.02 | 8002432 |
| | 10/18/2021 | $29.03 | 8002481 | | 11/17/2021 | $29.32 | 8002529 |
| | 12/13/2021 | $29.33 | 8002581 | | 01/10/2022 | $29.31 | 8002633 |
| | 02/14/2022 | $29.37 | 8002683 | | 03/14/2022 | $29.76 | 8002741 |
| | 04/18/2022 | $29.78 | 8002785 | | 05/16/2022 | $29.80 | 8002843 |
| | 06/20/2022 | $57.22 | 8002892 | | 07/18/2022 | $29.79 | 8002950 |
| | 08/15/2022 | $29.78 | 8002997 | | 09/19/2022 | $29.81 | 8003048 |
| | 10/17/2022 | $29.79 | 8003103 | | 11/14/2022 | $29.18 | 8003148 |
| | 12/12/2022 | $29.17 | 8003201 | | 01/09/2023 | $29.17 | 8003257 |
| | 02/13/2023 | $29.17 | 8003309 | | 03/13/2023 | $29.18 | 8003367 |
| | 04/17/2023 | $270.89 | 8003414 | | 05/15/2023 | $28.87 | 8003472 |
| | 06/12/2023 | $28.87 | 8003529 | | 07/17/2023 | $28.86 | 8003582 |
| | 08/14/2023 | $28.87 | 8003637 | | 09/18/2023 | $28.86 | 8003690 |
| | 10/16/2023 | $28.41 | 8003749 | | 11/13/2023 | $28.38 | 8003806 |
| | 12/11/2023 | $28.40 | 8003859 | | 01/08/2024 | $28.43 | 8003906 |
| | 02/12/2024 | $28.41 | 8003947 | | 03/11/2024 | $28.40 | 8003991 |
| | 04/15/2024 | $28.38 | 8004035 | | 05/10/2024 | $28.40 | 8004082 |
| | 06/17/2024 | $28.41 | 8004126 | | 07/15/2024 | $29.35 | 8004169 |
| | 08/19/2024 | $29.33 | 8004210 | | 09/16/2024 | $29.33 | 8004251 |
| | 10/21/2024 | $29.32 | 8004295 | | 11/18/2024 | $29.02 | 8004336 |
| | 12/16/2024 | $29.03 | 8004376 | | 01/13/2025 | $29.00 | 8004416 |
| | 02/10/2025 | $29.03 | 8004458 | | | | |
| QUANTUM 3 GROUP LLC | | | | | | | |
| | 04/19/2021 | $12.99 | 869042 | | 05/17/2021 | $12.91 | 870901 |
| | 05/17/2021 | $5.55 | 870901 | | 06/21/2021 | $13.12 | 872719 |
| | 07/19/2021 | $13.13 | 874473 | | 07/19/2021 | $5.63 | 874473 |
| | 08/16/2021 | $13.12 | 876179 | | 09/20/2021 | $13.12 | 877944 |
| | 09/20/2021 | $5.62 | 877944 | | 10/18/2021 | $13.10 | 879682 |
| | 11/17/2021 | $13.28 | 881384 | | 11/17/2021 | $5.65 | 881384 |
| | 12/13/2021 | $13.26 | 883015 | | 01/10/2022 | $13.25 | 884662 |
| | 01/10/2022 | $5.69 | 884662 | | 02/14/2022 | $13.27 | 886380 |
| | 03/14/2022 | $13.45 | 888075 | | 03/14/2022 | $5.72 | 888075 |
| | 04/18/2022 | $13.48 | 889813 | | 05/16/2022 | $13.47 | 891491 |
| | 05/16/2022 | $5.78 | 891491 | | 06/20/2022 | $5.54 | 893205 |
| | 06/20/2022 | $25.86 | 893205 | | 07/18/2022 | $13.47 | 894863 |
| | 08/15/2022 | $13.47 | 896452 | | 08/15/2022 | $5.78 | 896452 |
| | 09/19/2022 | $13.47 | 898076 | | 10/17/2022 | $13.47 | 899718 |
| | 10/17/2022 | $5.77 | 899718 | | 11/14/2022 | $13.19 | 901279 |
| | 12/12/2022 | $13.19 | 902832 | | 12/12/2022 | $5.66 | 902832 |
| | 01/09/2023 | $13.19 | 904328 | | 02/13/2023 | $13.19 | 905870 |
| | 02/13/2023 | $5.65 | 905870 | | 03/13/2023 | $13.19 | 907471 |

**Chapter 13 Case # 20-13694**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 04/17/2023 | $122.47 | 8003416 | | 04/17/2023 | $29.07 | 8003416 |
| | 05/15/2023 | $13.05 | 8003469 | | 06/12/2023 | $13.05 | 8003527 |
| | 06/12/2023 | $5.59 | 8003527 | | 07/17/2023 | $13.05 | 8003578 |
| | 08/14/2023 | $13.06 | 8003636 | | 08/14/2023 | $5.59 | 8003636 |
| | 09/18/2023 | $13.05 | 8003692 | | 10/16/2023 | $12.82 | 8003758 |
| | 10/16/2023 | $5.56 | 8003758 | | 11/13/2023 | $12.86 | 8003807 |
| | 12/11/2023 | $12.84 | 8003860 | | 12/11/2023 | $5.50 | 8003860 |
| | 01/08/2024 | $12.83 | 8003907 | | 02/12/2024 | $12.84 | 8003949 |
| | 02/12/2024 | $5.50 | 8003949 | | 03/11/2024 | $12.85 | 8003992 |
| | 04/15/2024 | $12.83 | 8004036 | | 04/15/2024 | $5.51 | 8004036 |
| | 05/10/2024 | $12.84 | 8004087 | | 06/17/2024 | $12.84 | 8004132 |
| | 06/17/2024 | $5.50 | 8004132 | | 07/15/2024 | $13.27 | 8004173 |
| | 08/19/2024 | $13.26 | 8004214 | | 08/19/2024 | $5.68 | 8004214 |
| | 09/16/2024 | $13.26 | 8004252 | | 10/21/2024 | $13.26 | 8004291 |
| | 10/21/2024 | $5.69 | 8004291 | | 11/18/2024 | $13.12 | 8004340 |
| | 12/16/2024 | $13.12 | 8004380 | | 12/16/2024 | $5.62 | 8004380 |
| | 01/13/2025 | $13.13 | 8004417 | | 02/10/2025 | $13.12 | 8004461 |
| | 02/10/2025 | $5.62 | 8004461 | | | | |
| SANTANDER CONSUMER USA INC. | | | | | | | |
| | 04/19/2021 | $431.00 | 869099 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 04/19/2021 | $13.38 | 867897 | | 04/19/2021 | ($13.38) | 867897 |
| | 04/19/2021 | $13.38 | 869692 | | 05/17/2021 | $13.30 | 869850 |
| | 06/21/2021 | $13.51 | 871610 | | 07/19/2021 | $13.52 | 873467 |
| | 08/16/2021 | $13.51 | 875151 | | 09/20/2021 | $13.52 | 876871 |
| | 10/18/2021 | $13.52 | 878664 | | 11/17/2021 | $13.66 | 880372 |
| | 12/13/2021 | $13.66 | 882024 | | 01/10/2022 | $13.65 | 883665 |
| | 02/14/2022 | $13.66 | 885336 | | 03/14/2022 | $13.88 | 887070 |
| | 03/14/2022 | $5.44 | 887070 | | 04/18/2022 | $13.87 | 888725 |
| | 05/16/2022 | $13.88 | 890490 | | 06/20/2022 | $26.63 | 892147 |
| | 07/18/2022 | $13.87 | 893908 | | 08/15/2022 | $13.90 | 895474 |
| | 09/19/2022 | $13.86 | 897046 | | 10/17/2022 | $13.87 | 898744 |
| | 11/14/2022 | $13.60 | 900317 | | 12/12/2022 | $13.58 | 901900 |
| | 01/09/2023 | $13.59 | 903392 | | 01/09/2023 | $5.04 | 903392 |
| | 02/13/2023 | $13.59 | 904895 | | 03/13/2023 | $13.57 | 906524 |
| | 04/17/2023 | $126.16 | 908078 | | 04/17/2023 | $5.13 | 908078 |
| | 05/15/2023 | $13.44 | 909749 | | 06/12/2023 | $13.44 | 911200 |
| | 04/15/2024 | $5.35 | 926934 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE LP AS AGENT | | | | | | | |
| | 07/17/2023 | $13.44 | 913056 | | 08/14/2023 | $13.46 | 914573 |
| | 09/18/2023 | $13.44 | 916068 | | 10/11/2023 | ($13.44) | 916068 |
| | 10/16/2023 | $26.67 | 917568 | | 11/13/2023 | $13.22 | 918989 |
| | 12/11/2023 | $13.23 | 920408 | | 01/08/2024 | $13.23 | 921790 |
| | 02/12/2024 | $13.23 | 923132 | | 03/11/2024 | $13.21 | 924593 |
| | 04/15/2024 | $13.25 | 926012 | | 05/10/2024 | $13.23 | 927501 |
| | 06/17/2024 | $13.23 | 928889 | | 07/15/2024 | $13.63 | 930369 |
| | 08/19/2024 | $13.66 | 931764 | | 09/16/2024 | $13.67 | 933241 |
| | 10/21/2024 | $13.66 | 934612 | | 11/18/2024 | $13.51 | 936090 |
| | 12/16/2024 | $13.52 | 937468 | | 01/13/2025 | $13.51 | 938890 |
| | 02/10/2025 | $13.52 | 940271 | | | | |

**Chapter 13 Case # 20-13694**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: March 12, 2025.

Receipts: $16,409.00   -   Paid to Claims: $11,299.57   -   Admin Costs Paid: $3,781.58   =   Funds on Hand: $1,327.85

Base Plan Amount: $16,409.00   -   Receipts: $16,409.00         =   Total Unpaid Balance: **$0.00

**\*\*NOTE**:   THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.