Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 12, 2025

**Chapter 13 Case # 20-13929**

Re:   SANDRA R. HANKINS  
1393 ESSEX ST  
RAHWAY, NJ 07065-5042

Atty:   EDWARD NATHAN VAISMAN  
VAISMAN LAW OFFICE  
33 WOOD AVENUE SOUTH  
SUITE 600  
ISELIN, NJ 08830

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $49,980.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/02/2020 | $735.00 | 6684655000 | 05/01/2020 | $735.00 | 6753976000 |
| 06/01/2020 | $735.00 | 6832879000 | 07/01/2020 | $735.00 | 6906787000 |
| 08/03/2020 | $840.00 | 6977139000 | 10/01/2020 | $842.00 | 2013929-1475611114 |
| 10/09/2020 | $842.00 | 1475611297 | 10/23/2020 | $840.00 | 7177049000 |
| 12/02/2020 | $840.00 | 7271079000 | 01/04/2021 | $840.00 | 7346409000 |
| 02/01/2021 | $840.00 | 7421593000 | 02/17/2021 | $840.00 | 7459297000 |
| 04/01/2021 | $840.00 | 7566283000 | 05/03/2021 | $840.00 | 7638027000 |
| 06/02/2021 | $840.00 | 7712783000 | 07/02/2021 | $840.00 | 7783065000 |
| 08/02/2021 | $840.00 | 7848655000 | 09/02/2021 | $840.00 | 7921602000 |
| 10/04/2021 | $840.00 | 7988691000 | 11/02/2021 | $840.00 | 8057055000 |
| 12/02/2021 | $840.00 | 8121392000 | 01/04/2022 | $840.00 | 8187404000 |
| 02/02/2022 | $840.00 | 8251848000 | 02/28/2022 | $840.00 | 8304309000 |
| 03/31/2022 | $840.00 | 8371715000 | 05/03/2022 | $840.00 | 8443263000 |
| 06/02/2022 | $840.00 | 8504497000 | 07/01/2022 | $840.00 | 8561691000 |
| 08/01/2022 | $840.00 | 8623186000 | 09/02/2022 | $840.00 | 8685805000 |
| 10/03/2022 | $840.00 | 8739870000 | 11/02/2022 | $840.00 | 8802744000 |
| 12/05/2022 | $840.00 | 8861894000 | 01/03/2023 | $840.00 | 8915571000 |
| 02/01/2023 | $840.00 | 8970722000 | 03/02/2023 | $840.00 | 9027443000 |
| 04/03/2023 | $840.00 | 9091664000 | 05/01/2023 | $840.00 | 9141898000 |
| 06/02/2023 | $840.00 | 9201494000 | 07/03/2023 | $840.00 | 9255452000 |
| 08/07/2023 | $842.00 |  | 09/05/2023 | $842.00 |  |
| 10/02/2023 | $840.00 | 9410266000 | 11/01/2023 | $840.00 | 9460596000 |
| 12/04/2023 | $840.00 | 9514788000 | 12/29/2023 | $840.00 | 9553372000 |
| 02/01/2024 | $840.00 | 9609450000 | 03/01/2024 | $840.00 | 9659397000 |
| 04/01/2024 | $840.00 | 9712719000 | 05/02/2024 | $840.00 | 9762486000 |
| 05/31/2024 | $840.00 | 9808409000 | 07/01/2024 | $840.00 | 9860173000 |
| 08/01/2024 | $840.00 | 9905571000 | 09/03/2024 | $840.00 | 9959000000 |
| 10/02/2024 | $840.00 | 1000736700 | 11/01/2024 | $840.00 | 1005139600 |

**Chapter 13 Case # 20-13929**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/02/2024 | $840.00 | 1009769500 | 01/03/2025 | $840.00 | 1014307600 |
| 02/03/2025 | $840.00 | 1018712400 | 03/04/2025 | $840.00 | I1MJG9HNCK-Plan |

**Total Receipts: $49,988.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $49,988.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,134.76 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 5,306.12 | * | 0.00 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,596.55 | * | 0.00 | |
| 0003 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 3,405.53 | * | 0.00 | |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 17,146.51 | * | 0.00 | |
| 0005 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,562.96 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 244.57 | * | 0.00 | |
| 0007 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 972.01 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 881.66 | * | 0.00 | |
| 0009 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 1,674.65 | * | 0.00 | |
| 0010 | NEWREZ LLC | MORTGAGE ARRE | 8,376.40 | 100.00% | 8,376.40 | |
| 0012 | CAPITAL ONE, N.A. | UNSECURED | 392.69 | * | 0.00 | |
| 0013 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,193.58 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,543.49 | * | 0.00 | |
| 0017 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 680.77 | * | 0.00 | |
| 0020 | NEWREZ LLC | MORTGAGE ARRE | 789.58 | 100.00% | 789.58 | |
| 0022 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARRE | 1,150.20 | 100.00% | 1,150.20 | |
| 0023 | JPMORGAN CHASE BANK NA | UNSECURED | 5,837.97 | * | 0.00 | |
| 0024 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 547.63 | * | 0.00 | |
| 0025 | JPMORGAN CHASE BANK NA | UNSECURED | 743.66 | * | 0.00 | |
| 0026 | UNITED STATES TREASURY/IRS | PRIORITY | 31,349.22 | 100.00% | 31,219.86 | |
| 0031 | UNITED STATES TREASURY/IRS | SECURED | 3,200.00 | 100.00% | 3,200.00 | |
| 0032 | UNITED STATES TREASURY/IRS | UNSECURED | 150,015.81 | * | 0.00 | |
| 0033 | STATE OF NJ | UNSECURED | 2,791.17 | * | 0.00 | |
| 0034 | SHELLPOINT MORTGAGE SERVICING | (NEW) MTG Agree | 538.00 | 100.00% | 538.00 | |

**Total Paid: $48,408.80**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LOANCARE, LLC | | | | | | |
| | 07/20/2020 | $170.44 | 852595 | 10/19/2020 | $190.26 | 858152 |
| | 11/16/2020 | $66.28 | 859939 | 12/21/2020 | $66.12 | 861774 |
| | 01/11/2021 | $66.12 | 863532 | 02/22/2021 | $66.12 | 865275 |
| | 03/15/2021 | $66.12 | 867072 | 04/19/2021 | $66.12 | 868803 |
| | 05/17/2021 | $66.12 | 870692 | 06/21/2021 | $67.19 | 872496 |
| | 07/19/2021 | $67.20 | 874273 | 08/16/2021 | $67.19 | 875966 |
| | 09/20/2021 | $67.20 | 877717 | 10/18/2021 | $57.72 | 879463 |
| | 12/12/2022 | $538.00 | 902626 | | | |

**Chapter 13 Case # 20-13929**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NEWREZ LLC | | | | | | |
| | 07/20/2020 | $1,241.25 | 852054 | 10/19/2020 | $1,385.55 | 857609 |
| | 11/16/2020 | $482.68 | 859401 | 12/21/2020 | $481.53 | 861194 |
| | 01/11/2021 | $481.53 | 863031 | 02/22/2021 | $481.53 | 864635 |
| | 03/15/2021 | $481.53 | 866541 | 04/19/2021 | $481.53 | 868153 |
| | 05/17/2021 | $481.53 | 870088 | 06/21/2021 | $489.35 | 871861 |
| | 07/19/2021 | $489.34 | 873687 | 08/16/2021 | $489.34 | 875375 |
| | 09/20/2021 | $489.35 | 877091 | 10/18/2021 | $420.36 | 878873 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 07/20/2020 | $117.00 | 852938 | 10/19/2020 | $130.61 | 858476 |
| | 11/16/2020 | $45.50 | 859534 | 12/21/2020 | $45.39 | 861346 |
| | 01/11/2021 | $45.39 | 863150 | 02/22/2021 | $45.39 | 864798 |
| | 03/15/2021 | $45.39 | 866673 | 04/19/2021 | $45.39 | 868321 |
| | 05/17/2021 | $45.39 | 870234 | 06/21/2021 | $46.13 | 872021 |
| | 07/19/2021 | $46.13 | 873829 | 08/16/2021 | $46.12 | 875515 |
| | 09/20/2021 | $46.13 | 877238 | 10/18/2021 | $39.62 | 879022 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 07/20/2020 | $474.19 | 8001710 | 10/19/2020 | $529.32 | 8001890 |
| | 11/16/2020 | $184.40 | 8001946 | 12/21/2020 | $183.96 | 8002005 |
| | 01/11/2021 | $183.96 | 8002061 | 02/22/2021 | $183.96 | 8002118 |
| | 03/15/2021 | $183.96 | 8002170 | 04/19/2021 | $183.96 | 8002224 |
| | 05/17/2021 | $183.95 | 8002272 | 06/21/2021 | $186.94 | 8002325 |
| | 07/19/2021 | $186.94 | 8002377 | 08/16/2021 | $186.94 | 8002427 |
| | 09/20/2021 | $186.94 | 8002474 | 10/18/2021 | $160.58 | 8002522 |
| | 10/18/2021 | $111.32 | 8002522 | 11/17/2021 | $798.00 | 8002576 |
| | 12/13/2021 | $798.00 | 8002628 | 01/10/2022 | $798.00 | 8002677 |
| | 02/14/2022 | $798.00 | 8002731 | 03/14/2022 | $798.00 | 8002783 |
| | 04/18/2022 | $798.00 | 8002837 | 05/16/2022 | $810.60 | 8002890 |
| | 06/20/2022 | $810.60 | 8002942 | 07/18/2022 | $810.60 | 8002992 |
| | 08/15/2022 | $810.60 | 8003040 | 09/19/2022 | $810.60 | 8003095 |
| | 10/17/2022 | $810.60 | 8003145 | 11/14/2022 | $793.80 | 8003196 |
| | 12/12/2022 | $255.80 | 8003251 | 01/09/2023 | $793.80 | 8003303 |
| | 02/13/2023 | $793.80 | 8003361 | 03/13/2023 | $793.80 | 8003412 |
| | 04/17/2023 | $793.80 | 8003467 | 05/15/2023 | $793.80 | 8003525 |
| | 06/12/2023 | $785.40 | 8003577 | 07/17/2023 | $785.40 | 8003634 |
| | 08/14/2023 | $1,572.67 | 8003689 | 09/18/2023 | $787.27 | 8003748 |
| | 11/13/2023 | $772.80 | 8003857 | 12/11/2023 | $772.80 | 8003904 |
| | 01/08/2024 | $772.80 | 8003946 | 02/12/2024 | $772.80 | 8003990 |
| | 03/11/2024 | $772.80 | 8004034 | 04/15/2024 | $772.80 | 8004078 |
| | 05/10/2024 | $772.80 | 8004124 | 06/17/2024 | $772.80 | 8004168 |
| | 07/15/2024 | $772.80 | 8004209 | 08/19/2024 | $798.00 | 8004249 |
| | 09/16/2024 | $798.00 | 8004290 | 10/21/2024 | $798.00 | 8004334 |
| | 11/18/2024 | $789.60 | 8004374 | 12/16/2024 | $789.60 | 8004414 |
| | 01/13/2025 | $789.60 | 8004455 | 02/10/2025 | $789.60 | 8004495 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: March 12, 2025.

Receipts: $49,988.00    -    Paid to Claims: $45,274.04    -    Admin Costs Paid: $3,134.76    =    Funds on Hand: $1,579.20

Base Plan Amount: $49,980.00    -    Receipts: $49,988.00    =    Total Unpaid Balance: **($8.00)

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.