UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward N. Vaisman, Esq. 0015372003
VAISMAN LAW OFFICES
33 Wood Avenue South, Ste 600
Iselin, NJ 08830
(732) 925-6090
vaismanlaw@gmail.com
Attorney for the Debtor

In Re:

Sandra R. Hankins

Case No.:　　　　　20-13929

Judge:　　　　　Sherwood

Chapter:　　　　　13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.　☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

　A hearing has been scheduled for _____, at _____.

　☐ Motion to Dismiss filed by the Chapter 13 Trustee.

　A hearing has been scheduled for _____, at _____.

　☒ Response to Notice of Final Cure Payment filed by the Mortgage Bank, I am requesting a hearing be scheduled on this matter.

2.　I oppose the above matter for the following reasons **(choose one)**:

　☒ Payments have been made in the amount of $9,165.98, but have not been accounted for and my property taxes have not been paid as was required by the mortgage bank. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: ___3/26/2025_____   ___/s/Sandra R. Hankins_____
                                  Debtor's Signature

Date: _____   _____
                                  Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

| Date | Check Num | Name of P | Description | Payment A | Total |
|---|---|---|---|---|---|
| ######## | 878873 | NEWREZ LI | PRINCIPAL | $420.36 | ######## |
| ######## | 877091 | NEWREZ LI | PRINCIPAL | $489.35 | ######## |
| ######## | 875375 | NEWREZ LI | PRINCIPAL | $489.34 | ######## |
| ######## | 873687 | NEWREZ LI | PRINCIPAL | $489.34 | ######## |
| ######## | 871861 | NEWREZ LI | PRINCIPAL | $489.35 | ######## |
| ######## | 870088 | NEWREZ LI | PRINCIPAL | $481.53 | ######## |
| ######## | 868153 | NEWREZ LI | PRINCIPAL | $481.53 | ######## |
| ######## | 866541 | NEWREZ LI | PRINCIPAL | $481.53 | ######## |
| ######## | 864635 | NEWREZ LI | PRINCIPAL | $481.53 | ######## |
| ######## | 863031 | NEWREZ LI | PRINCIPAL | $481.53 | ######## |
| ######## | 861194 | NEWREZ LI | PRINCIPAL | $481.53 | ######## |
| ######## | 859401 | NEWREZ LI | PRINCIPAL | $482.68 | ######## |
| ######## | 857609 | NEWREZ LI | PRINCIPAL | ######## | ######## |
| ######## | 852054 | NEWREZ LI | PRINCIPAL | ######## | ######## |

| Date | Check Number | Name of Payee | Description | Payment Amount | Total |
|---|---|---|---|---|---|
| ######## | 879022 | SPECIALIZE | PRINCIPAL | $39.62 | $789.58 |
| ######## | 877238 | SPECIALIZE | PRINCIPAL | $46.13 | $749.96 |
| ######## | 875515 | SPECIALIZE | PRINCIPAL | $46.12 | $703.83 |
| ######## | 873829 | SPECIALIZE | PRINCIPAL | $46.13 | $657.71 |
| ######## | 872021 | SPECIALIZE | PRINCIPAL | $46.13 | $611.58 |
| ######## | 870234 | SPECIALIZE | PRINCIPAL | $45.39 | $565.45 |
| ######## | 868321 | SPECIALIZE | PRINCIPAL | $45.39 | $520.06 |
| ######## | 866673 | SPECIALIZE | PRINCIPAL | $45.39 | $474.67 |
| ######## | 864798 | SPECIALIZE | PRINCIPAL | $45.39 | $429.28 |
| ######## | 863150 | SPECIALIZE | PRINCIPAL | $45.39 | $383.89 |
| ######## | 861346 | SPECIALIZE | PRINCIPAL | $45.39 | $338.50 |
| ######## | 859534 | SPECIALIZE | PRINCIPAL | $45.50 | $293.11 |
| ######## | 858476 | SPECIALIZE | PRINCIPAL | $130.61 | $247.61 |
| ######## | 852938 | SPECIALIZE | PRINCIPAL | $117.00 | $117.00 |