Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20−13929−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra R. Hankins
   1393 Essex St
   Rahway, NJ 07065−5042

Social Security No.:
   xxx−xx−4202

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/10/25 at 10:00 AM

to consider and act upon the following:

Response to Notice of Final Cure Payment Rule 3002.1 Re:Claim Number: 19... Filed by U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST (Woerner, Cory)

*74* – Certification in Opposition to (related document:doc Response to Notice of Final Cure Payment Rule 3002.1 Re:Claim Number: 19... Filed by U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST) filed by Creditor U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST) filed by Edward Nathan Vaisman on behalf of Sandra R. Hankins. (Vaisman, Edward)

Dated: 3/27/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court