UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward N. Vaisman, Esq. (0015372003)
VAISMAN LAW OFFICES
33 Wood Avenue South, Suite 600
Iselin, New Jersey 08830
(732) 925-6090
vaismanlaw@gmail.com
Attorney for Debtor

In Re:

Sandra R. Hankins

Case No.:        20-13929

Chapter:              13

Hearing Date:      4/10/25

Judge:           Sherwood

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Opposition to Creditor Final Cure Notice.

_____

Date: 4/8/25                        /s/Edward Vaisman
                                     Signature

*rev.8/1/15*