UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Towd Point Master Funding Trust FKMF 2021-A RP B*

| | |
|---|---|
| In Re: | Case No.: 20-13929-JKS |
| Sandra R. Hankins | Chapter: 13 |
| Debtor(s). | Judge: John K. Sherwood, U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Towd Point Master Funding Trust FKMF 2021-A RP B. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    Hill Wallack LLP
    21 Roszel Road, P.O. Box 5226
    Princeton, NJ 08543

DOCUMENTS:

- ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.
- ☑ All documents and pleadings of any nature.


By: */s/ Elizabeth K. Holdren*
        Elizabeth K. Holdren

Dated: April 11, 2025

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Towd Point Master Funding Trust FKMF 2021-A RP B* | |
| In Re:<br><br>Sandra R. Hankins<br><br>              Debtor(s). | Case No.: 20-13929-JKS<br><br>Chapter: 13<br><br>Judge: John K. Sherwood, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Manuela Navarrete:

   ☐ represent _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On April 11, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Notice of Appearance*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                          */s/ Manuela Navarrete*
Dated: April 11, 2025                                      Manuela Navarrete

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sandra R. Hankins<br>1393 Essex St<br>Rahway, NJ 07065 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Edward Nathan Vaisman<br>33 Wood Avenue South<br>Suite 600<br>Iselin, NJ 08830 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.